THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jonathan Williams, Respondent,
v.
State of South Carolina, Petitioner.
 
 
 

ON WRIT OF
CERTIORARI

Appeal From Berkeley County
 Jackson V. Gregory, Circuit Court Judge

Memorandum Opinion No. 2005-MO-046
Submitted September 22, 2005 - Filed September 26, 2005

REVERSED

 

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W.
 McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Assistant Special Attorney General Tracey E. Green, all of Columbia, for Petitioner.
Tara Dawn Shurling, of Columbia, for Respondent.
 
 
 

PER CURIAM: Reversed pursuant to Rule 220(b)(1), SCACR, and the following authority:  Holland v. State, 322 S.C. 111, 470 S.E.2d 378 (1996) (the findings of a post-conviction relief court will not be upheld if no evidence of probative value supports those findings).
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.